# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Joseph P. Moodhe
Partner
Tel 212 909 6241
Fax 212 909 6836
jpmoodhe@debevoise.com

April 12, 2012

RECEIVED APR 13 2012
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Katherine B. Forrest
United States Courthouse
United States District Court for the Southern District of New York
500 Pearl Street, Room 745
New York, New York 10007-1312

**Jordan v. Mirra**
**12 CV 01742 (KBF)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 13 2012

Your Honor:

    I am counsel for the Defendant, Raymond A. Mirra, Jr., in the above-captioned action. I write to request an adjournment of the initial pretrial conference. Neither party has previously requested an adjournment.

    On March 29, 2012, the Court entered an order directing Defendant and Plaintiff, Gigi Jordan, to file a joint pretrial order by April 11, 2012, and to appear on April 17, 2012, for an initial pretrial conference. Defendant has executed a waiver of service of the summons and is due to respond to the complaint on May 8, 2012. I therefore respectfully request an adjournment of the initial pretrial conference until a date beyond Defendant's filing of his response to the Complaint.

    In a telephone conversation on April 11, 2012 with Kenneth Sweder, Esq., counsel for Plaintiff, Mr. Sweder consented to an adjournment. Consistent with Your Honor's instructions, we advise that we are both available for the initial pretrial conference on either Friday, June 1 or Friday, June 15, 2012.

Hon. Katherine B. Forrest          2          April 12, 2012

Thank you very much for your consideration of this request.

Respectfully yours,

Joseph P. Moodhe

cc:
Nathan Z. Dershowitz, Esq.
Amy Adelson, Esq.
Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001

Kenneth A. Sweder, Esq.
Sweder & Ross, LLP.
131 Oliver Street
Boston, Massachusetts 02110-2706

*The Court is not available on either of counsel's proposed dates.*

*The initial pretrial conference is adjourned to May 11, 2012 at 10 AM.*

April 13, 2012

SO ORDERED:

K. B. Forrest
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

23641360v2