DEBEVOISE & PLIMPTON LLP
Joseph P. Moodhe
919 Third Avenue
New York, New York  10022
Tel.:  (212) 909-6000
Fax:  (212) 909-6836

*Counsel to Raymond A. Mirra, Jr.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| GIGI JORDAN, | : |
| | :      12 Civ. 01742 (KBF) |
| Plaintiff, | : |
| v. | : |
| | :      **ECF Case** |
| RAYMOND A. MIRRA, JR., | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Joseph P. Moodhe of Debevoise & Plimpton LLP, with

offices at 919 Third Avenue, New York, New York 10022, hereby appears in the above-captioned

case on behalf of Defendant Raymond A. Mirra, Jr.  The undersigned respectfully requests that

notice of electronic filing of all papers in the within action be transmitted to him at the email

address set forth below.

Dated: New York, New York
        April 24, 2012

                        DEBEVOISE & PLIMPTON LLP

                        By: /s/ Joseph P. Moodhe
                        Joseph P. Moodhe

                        919 Third Avenue
                        New York, NY 10022
                        Tel: 212-909-6000
                        Fax: 212-909-6836
                        jpmoodhe@debevoise.com

                        *Attorneys for Defendant Raymond A. Mirra, Jr.*