# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Joseph P. Moodhe
Partner
Tel 212 909 6241
Fax 212 909 6836
jpmoodhe@debevoise.com

May 1, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-2-12
```

**BY E-MAIL AND**
**FIRST CLASS MAIL**

Hon. Katherine B. Forrest
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 745
New York, NY 10007

**Jordan v. Mirra, 12 CIV 1742**

Dear Judge Forrest:

    I write on behalf of Defendant, Raymond A. Mirra, to respectfully request, pursuant to Your Honor's Individual Rule 1(E), an extension of time by which to move or answer Plaintiff's complaint. I have conferred with counsel for Plaintiff and they join in this request.

    Defendant's answer is currently due on May 8, 2012. There have been no previous requests for an extension of time for this filing.

    The parties propose the new deadlines to be as follows:

        Defendant will move or answer by June 5, 2012;

        Plaintiff will file her opposition on or before July 19, 2012 (during approximately two weeks in this period, Plaintiff's counsel will be out for a long-planned family vacation with some family members, at times, coming together from across the country); and

        Defendant will file his reply (if any) within 10 business days of the filing of Plaintiff's opposition. KBF

Hon. Katherine B. Forrest           2           May 1, 2012

    Plaintiff reserves the right to seek permission to file a sur-reply to any motion filed by Defendant.

                                                        Respectfully submitted,

                                                        Joseph P. Moodhe

cc: (By E-mail)
    Ken Sweder, Esq.
    Laurie Ruskin, Esq.
    Amy Adelson, Esq.
    Nathan Dershowitz, Esq.

*New deadlines are acceptable.*

May 2, 2012

**SO ORDERED:**

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE